IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND AMADEO, | 1:07-CV-0834 LJO DLB PC |
| Plaintiff, | ORDER VACATING ORDER (DOCUMENT #4) |
| vs.<br>STEPHEN MAYBERG, et al., | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendants. | (DOCUMENT #2, 5) |

      Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

      On June 13, 2007, the court issued an order for plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee. On June 20, 2007, plaintiff a motion for reconsideration (Doc. 5) of his application to proceed in forma pauperis as a result of his civil commitment, rather than a committed prisoner as defined in 28 U.S.C. § 1915. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Accordingly, the order to submit an application to proceed in forma pauperis shall be vacated.

1

Plaintiff filed a Notice of Appeal on July 12, 2007.  Plaintiff is ordered to advise the Court within 10 days whether the issues of his appeal are now moot.

In the instant action, plaintiff filed an application to proceed in forma pauperis (Doc.2 ).

Examination of these documents reveals that plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's order of June 13, 2007, entitled "Order to Submit Application to Proceed in Forma Pauperis or filing fee", is VACATED in its entirety

2. Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **July 19, 2007**              /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE